IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DORIAN ROWE and DINA ROWE,

   Plaintiffs,

    v.

WRI CAPITAL GROUP, LLC
as next friend
Colfin AL-GA 1, LLC,

   Defendant.

CIVIL ACTION FILE
NO. 1:13-CV-827-TWT

ORDER

This is a dispossessory action wrongfully removed to this Court. It is before the Court on the Report and Recommendation [Doc. 2] of the Magistrate Judge recommending remanding the case for lack of subject matter jurisdiction to the State Court of Gwinnett County. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is REMANDED to the State Court of Gwinnett County.

SO ORDERED, this 17 day of April, 2013.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\13\Rowe\r&r.wpd